UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL MCINTOSH and KIMBERLY PARME, | ) ) ) | |
| Plaintiff, | ) ) | 2:08-cv-1524-BES–RJJ |
| vs. | ) ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) ) ) | O R D E R |
| Defendant, | ) ) | |

This matter is before the Court on Plaintiff's Motion That This Case Stay Open (#17).

The Court having reviewed the Motion (#17) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Motion (#17) is scheduled for September 13, 2011, at 2:00 PM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiffs Michael McIntosh and Kimberly Parme must be present in Court for this hearing. Plaintiff's are advised that failure to appear in court for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on each of the plaintiffs by certified mail, return receipt requested.

DATED this __9th__ day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge