# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL MCINTOSH et al., | ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 2:08-cv-01524-RCJ-RJJ |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al., | ) ) ) | **ORDER** |
| Defendants. | ) ) ) | |

This case arises out of a series of disputes between an apartment complex and two of its residents, including a physical altercation leading to the arrest of one of the residents. The Court recently granted a motion for summary judgment. Plaintiffs have filed a motion for the Court to reopen the case, i.e., a motion for reconsideration. The Court noted in the order that Plaintiffs failed to appear at the hearing but granted the motion on the merits after considering all the pleadings. Plaintiffs note that they filed a motion to continue the hearing the day before the hearing, but the Court did not vacate the hearing, which had been scheduled for two months and which required air travel of the undersigned and his staff. Plaintiffs argue that one of the Plaintiffs was ill but do not allege that the other Plaintiff was unable to attend or that the first Plaintiff was unable to attend telephonically. The remainder of the motion consists of recitations and amplifications of allegations made in the Amended Complaint.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reopen Case (ECF No. 46) is DENIED.

IT IS SO ORDERED.

Dated: This 24th day of February, 2012.

_____
ROBERT C. JONES
United States District Judge